Submitted on record and briefs March 4, judgment of conviction for identity theft reversed; otherwise affirmed May 4, 2005

STATE OF OREGON,
*Respondent,*

*v.*

ROBBIE LOUIS ROWLAND,
*Appellant.*

02FE1181ST; A121138

111 P3d 802

Patrick M. Ebbett and Chilton, Ebbett & Rohr, LLC filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Robert M. Atkinson, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Brewer, Chief Judge, and Armstrong, Judge.

PER CURIAM

## PER CURIAM

Defendant appeals a judgment of conviction for one count of identity theft, ORS 165.800, and one count of theft in the second degree, ORS 164.045. He argues that the trial court erred in denying his motion for a judgment of acquittal on the identify theft charge because the evidence showed only that he gave a false name to a police officer. Defendant argues that, in light of our opinion in *State v. Fields*, 191 Or App 127, 79 P3d 915 (2003), evidence that he merely misidentified himself to the police is insufficient to prove that he committed that offense. The state agrees that, in light of *Fields*, the trial court erred in denying defendant's motion. We accept the state's concession.

Judgment of conviction for identity theft reversed; otherwise affirmed.